

# United States Bankruptcy Court
## NORTHERN DISTRICT OF CALIFORNIA

In re

  Pacific Thomas Corporation

**Debtor**

Summit Bank, a California corporation

**Plaintiff**

Jill V. Worsely, Pacific Trading Ventures,
a Nevada corporation

**Defendant**

Bankruptcy Case No. 12-46534 MEH

Ch. 11

Adversary Proceeding No. 13-4170 AM

## NOTICE OF STATUS CONFERENCE IN A CASE REMOVED TO BANKRUPTCY COURT

YOU ARE NOTIFIED that a status conference of the case removed to the bankruptcy court will be held at the following time and place.

| Address<br>US Bankruptcy Court<br>1300 Clay St.<br>Oakland CA 94612 | Room   215 |
| --- | --- |
| | Date and Time<br>10/21/2013<br>10:00 AM |

Counsel for the removing party shall serve a copy of this notice on opposing counsel within ten (10) days and file a proof of service with the court.

Gloria L. Franklin

_____
*Gloria L. Franklin, Clerk of the Court*

*8/29/2013*
*Date*

By : *Virginia Badea*
*Deputy Clerk*